# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENDA WEST, | CASE NO. CV-F-09-2140 LJO SMS |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE** |
| vs. | |
| DAVOL, INC., et al, | |
| Defendants. / | |

On March 24, 2010, Plaintiff filed a notice of voluntary dismissal in the above-titled action. Pursuant to Fed. R. Civ. P. 41(a), this action is DISMISSED. All dates are VACATED. The clerk is directed to CLOSE to action.

IT IS SO ORDERED.

**Dated:   March 25, 2010**            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1